NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LENS.COM, INC.,
*Appellant,*

v.

1-800 CONTACTS, INC.,
*Appellee.*

---

2011-1258
(Cancellation No. 92049925)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

LENS.COM moves for a 7-day extension of time, until August 25, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 2 5 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony J. DeGidio, Esq.
Mark A. Miller, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 5 2011**

**JAN HORBALY**
**-CLERK**